JOHN NEIL McNICHOLAS, ESQ.
CA Bar No.: 138304
McNICHOLAS LAW OFFICE
464 Palos Verdes Blvd.
Redondo Beach, CA 90277
(310) 545-0780
(310) 546-6831- FAX
john@mcnicholaslawoffice.com
Attorney for Defendant,
Aaron Eason

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AARON EASON,<br><br>Defendant. | Case No.  18-00759-CJC-4<br><br>**DECLARATION OF BRITTNEY WELCH IN SUPPORT OF AARON EASON'S RELEASE PENDING TRIAL** |

I, Brittney Welch, do hereby declare under penalties of perjury that the following is true.

1. I am a 31 yrs old African American/ Filipino mother of one child studying respiratory therapy near my home in San Diego County.

2. I do not choose a political party. I am not a member of any political organization.  However I consider myself slightly conservative.

3. I was not involved in politics until I enrolled in global studies at Cal State San Marcos and learned about the negativity of the mainstream media toward conservative candidates and elected officials along with favoritism showed for liberal/ progressive candidates and elected officials.

4. I am a supporter of President Donald J. Trump and wanted to express my support following his election as our nation's forty fifth president. In early 2017 I saw on social media that a group was planning a march supporting President Trump

in Berkeley, California. I contacted the web site, and asked if any similar events were planned in San Diego County, where I live.

5. Corrine Braune responded that no similar events were planned in San Diego but advised that I could be the organizer of a San Diego event which she would support. I agreed to organize an event .

6. I organized the March for Trump on March 4, 2017 in Ruocco Park near downtown San Diego. This was the same label as the Northern California event held in Berkeley on the same day. I was able to include the march within the "Freedom Rally" which was permitted in San Diego and included speakers.

7. Ms. Braune helped me set up a page on Facebook to advertise the San Diego March 4 Trump. I did not invite anyone to protect speakers or participants in the march.

8. Approximately 150-200 people participated in the San Diego march.

9. Based upon my organizing the San Diego event, a subsequent event in Berkeley, California, I have become familiar with a group known as "Antifa." Antifa members engage in disrupting free speech of those with opposing viewpoints using various tactics, which include overwhelming conservative speeches and rallies with drums, horns, music and other noise making equipment, blocking conservative marches and city traffic, as well as inflicting property damage, physical violence, and harassment.

10. Antifa members were present in San Diego but were unable to disrupt the rally. The San Diego police performed an excellent job in protecting us. It was a successful event. Aaron Eason was at the San Diego event and was not involved in any confrontational activity.

11. I did not participate in a subsequent Bolsa Chica event which was a pro-Trump march. Aaron Eason was at the Bolsa Chica event. I have reviewed film where Mr. Eason attempts to keep peace between marchers and Antifa. See Exhibit

9.

12. Rich Black informed me that he wanted to organize a subsequent Berkeley event which he called, "Berkeley 2.0," a free speech rally. He asked my group to go to Berkeley to support his event. Mr. Black felt that because Berkeley was so liberal, that the event would turn violent. Based on that belief, Mr. Black intended to build a wall around speakers, record Antifa and have people in attendance who would defend against violence.

13. I invited Aaron Eason to assist me and the free speech rally organizers in maintaining order and defending attendees against violence from Antifa members at the April 15, 2017 Berkeley rally.

14. When I invited Aaron Eason, and asked him to invite friends to assist in protecting speakers and innocent bystanders from violent acts of those seeking to prevent free speech. All travel expenses for Aaron Eason were going to be paid by the event organizers. I paid for Mr. Eason's hotel room with the expectation that Rich Black would reimburse me.

15. I knew that Aaron Eason never laid a hand on anyone at prior events. Aaron and friends had no weapons. Antifa had weapons.

16. We were not at Berkeley to fight anyone. Our goal was to protect and deter Antifa from fighting. Video from the Berkeley event shows Aaron Eason peacefully engaging a masked Antifa member in a political discussion regarding the "Trump dossier." See screenshot from video attached as Exhibit 10.

17. Violence in Berkeley erupted when Antifa started pushing everyone into a protected area. Antifa still threw M-80s and sprayed mace beyond the protected area. Old people were getting hurt.

18. Berkeley police just sat there and watched as Antifa was throwing large rocks, random innocent people were getting hit. I was running away and M-80s were popping by my ear. An Antifa member who was a Berkeley teacher threw his lock at an unsuspecting victim.

19. I have communicated with Aaron Eason several times since the San Diego event in March, 2017 and have been in his presence on several social occasions. On a typical day, Aaron Eason was either working on family farm or trying to make money.

20. Aaron Eason is not a racist and has never been affiliated with the Rise Above Movement.

21. Aaron Eason is a nice, gentle person and not a danger to anyone.

Dated this 19 day of November, 2018 in Oceanside, County of San Diego, California.

Brittney Welch

4

# EXHIBIT 9



Aaron Eason at Huntington Beach

# EXHIBIT 10

Aaron Eason to Antifa supporter: "The dossier was debunked."

