NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)
JOHN NEIL McNICHOLAS, ESQ.
464 Palos Verdes Blvd
Redondo Beach, CA 90277
310-545-0780
310-546-6831-fax
john@mcnicholaslawoffice.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | CR 18-00759-CJC-4 |
| AARON EASON, | |
| | **APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING** |
| DEFENDANT. | |

Application is made by ☐ plaintiff ☑ defendant Aaron Eason
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____

☑ Magistrate Judge Rozella A. Oliver by order dated: 11/27/2018

☑ denying release and imposing detention under subsection ☐ (d) or ☑ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:

Relief sought *(be specific):*

Mr. Eason and his counsel believe that a combination of conditions can be imposed to assure the Court that Mr. Eason, who at age 38 had never been arrested prior to this case, will not pose an actual danger to the community, including home confinement, an order not to attend political events, and to stay away from members of the RAM movement. Adequate bail resources have been in place since the initial bond hearing.

Counsel for the defendant and plaintiff United States Government consulted on 11/27/18
and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☑ AUSA ☐ Defendant's Counsel ☑ PSA ☐ Interpreter ☐ USM ☐ Probation
on 11/30/2018.

An interpreter is ☐ required ☑ not required. Language English
Defendant is ☑ in custody ☐ not in custody.

| November 30, 2018 | /s/ John Neil McNicholas for Aaron Eason |
|---|---|
| Date | Moving Party |

**APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING**

CR-88 (06/07)