NICOLA T. HANNA
United States Attorney
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
DAVID T. RYAN (Cal. Bar No. 295785)
GEORGE E. PENCE (Cal. Bar No. 257595)
Assistant United States Attorneys
Terrorism and Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4491/2253
     Facsimile: (213) 894-2979
     E-mail:    david.ryan@usdoj.gov
                george.pence@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>ROBERT RUNDO,<br>ROBERT BOMAN,<br>AARON EASON, and<br>TYLER LAUBE,<br><br>          Defendants. | No. CR 18-759-CJC<br><br>[PROPOSED] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>[PROPOSED] TRIAL DATE: 07-09-19<br>[PROPOSED] PRETRIAL<br>          CONFERENCE: 07-01-19 |

     The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on November 29, 2018.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

1    The Court further finds that: (i) the ends of justice served by

2 the continuance outweigh the best interest of the public and

3 defendant in a speedy trial; (ii) failure to grant the continuance

4 would be likely to make a continuation of the proceeding impossible,

5 or result in a miscarriage of justice; and (iii) failure to grant the

6 continuance would unreasonably deny defendant continuity of counsel

7 and would deny defense counsel the reasonable time necessary for

8 effective preparation, taking into account the exercise of due

9 diligence.

10    THEREFORE, FOR GOOD CAUSE SHOWN:

11    1.    The trial in this matter is continued from December 18,
       at 9:00 a.m.
12 2018, to July 9, 2019.   The Pretrial Conference is continued to July
       at 8:30 a.m.
13 1, 2019.

14    2.    The time period of December 18, 2018, to July 9, 2019,

15 inclusive, is excluded in computing the time within which the trial

16 must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i),

17 and (B)(iv).

18    3.    Nothing in this Order shall preclude a finding that other

19 provisions of the Speedy Trial Act dictate that additional time

20 periods are excluded from the period within which trial must

21 commence.  Moreover, the same provisions and/or other provisions of

22 //

23 //

24

25

26

27

28

the Speedy Trial Act may in the future authorize the exclusion of
additional time periods from the period within which trial must
commence.

IT IS SO ORDERED.

11/30/2018
DATE

THE HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

cc: PSA

Presented by:

/s/
DAVID T. RYAN
GEORGE E. PENCE
Assistant United States Attorneys

3