Name & Address:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF<br>v.<br>AARON EASON,<br>DEFENDANT. | CR 18-00759-CJC-4 |
| | NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142) |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☑ is approved. The matter is set on calendar for hearing before:

☑ District Judge CORMAC J. CARNEY

☐ Magistrate Judge

on Friday, January 4, 2019 at 9:00 ☑ a.m. ☐ p.m.

in courtroom 7C.

☐ is not approved.

☑ Other: Defendant's Brief due 12/1318; Government's Opposition due 12/20/18; Defendant's Reply due 12/27/18.

An interpreter is ☐ required ☐ is not required. Language _____

Defendant is ☑ in custody ☐ not in custody.

Clerk, U. S. District Court

| December 4, 2018 | Melissa Kunig | 714-338-2849 |
|---|---|---|
| Date | Deputy Clerk | Contact Phone Number |

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☑ Probation ☐ Interpreter's Office ☑ PSA.