UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-2**

## CRIMINAL MINUTES – GENERAL

| Case No. | 2:18-cr-00759-CJC | Date | February 10, 2022 |
|---|---|---|---|

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| Rolls Royce Paschal | Not Reported | David Ryan & George Pence, IV - Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Robert Paul Rundo | Not | | | 1) Julia Deixler, DFPD | Not | X | |
| 2) Robert Boman | Not | | | 2) Peter Swarth, CJA | Not | X | |
| 3) Tyler Laube | Not | | | 3) Jerome Haig, CJA | Not | X | |
| 4) Aaron Eason | Not | | | 4) John McNicholas, CJA | Not | X | |

**PROCEEDINGS:**   **(IN CHAMBERS) ORDER REOPENING ACTION IN LIGHT OF NINTH CIRCUIT COURT OF APPEALS ORDER**

In light of the order filed by the United States Court of Appeals for the Ninth Circuit on February 8, 2022, the Court orders this case REOPENED.

The Courts sets a status conference on **March 3, 2022 at 2:30 p.m.**

Initials of Deputy Clerk   rrp

cc: