UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>ROBERT PAUL RUNDO, et al.,<br><br>    Defendants. | No. CR 18-00759-CJC<br><br>ORDER CONTINUING PRETRIAL MOTIONS DEADLINES |

    Pursuant to the stipulation of the government and defendants ROBERT PAUL RUNDO, TYLER LAUBE, and AARON EASON requesting a continuance of the pretrial motions deadlines in the above-captioned matter, and good cause having been shown, IT IS HEREBY ORDERED as follows:

- The government shall file a first superseding indictment on or before **January 3, 2023**.
- Pretrial motions shall be filed on or before **February 10, 2023**.
- Oppositions to pretrial motions shall be filed on or before **March 3, 2023**.
- Replies in support of pretrial motions, if any, shall be filed on or before **March 10, 2023**.

- The motions shall be heard on **March 20, 2023, at 9:00 a.m.**

IT IS SO ORDERED.

| | |
|---|---|
| December 5, 2022 <br> DATE | _(signature)_ <br> HONORABLE CORMAC J. CARNEY <br> UNITED STATES DISTRICT JUDGE |

Presented by:
　　/s/ *Maria Jhai*
MARIA JHAI
Assistant United States Attorney