E. MARTIN ESTRADA
United States Attorney
ANNAMARTINE SALICK
Assistant United States Attorney
Chief, National Security Division
SOLOMON KIM (Cal. Bar No. 311466)
MARIA JHAI (Cal. Bar No. 283059)
Assistant United States Attorneys
Terrorism and Export Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2450
    Facsimile: (213) 894-0141
    E-mail:    solomon.kim@usdoj.gov
               maria.jhai@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-759-CJC-4 |
|---|---|
| Plaintiff, | |
| v. | GOVERNMENT'S MOTION TO DISMISS INDICTMENT AGAINST DEFENDANT AARON EASON PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| AARON EASON, | |
| Defendant. | |

    Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby moves to dismiss this case as to defendant Aaron Eason ("defendant") in light of defendant Eason's death.  This motion to dismiss applies to only defendant Eason.  The government does not move to dismiss this case or any charges as to any other defendant.

//

The government's request for dismissal is made in good faith, and is based on a copy of defendant's County of Riverside Certification of Vital Record, which indicates that defendant died on or about December 28, 2022.

Dated: January 27, 2023

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

ANNAMARTINE SALICK
Assistant United States Attorney
Chief, National Security Division

　/s/   *Maria Jhai*
MARIA JHAI
Assistant United States Attorney

Attorneys for Applicant
UNITED STATES OF AMERICA

2