UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>AARON EASON,<br><br>             Defendant. | No. CR 18-759-CJC-4<br><br>ORDER DISMISSING INDICTMENT, PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |

Upon application of the government pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court HEREBY ORDERS that the indictment filed in this matter as to defendant Aaron Eason be be dismissed.  The dismissal is effective as to <u>only</u> defendant Aaron Eason.

IT IS SO ORDERED.

January 30, 2023
DATE

HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

Presented by:

    */s/ Maria Jhai*
MARIA JHAI
Assistant United States Attorney

**CC: USPO, PSA**